1  DAVID R. SINGH (Bar No. 300840)
   david.singh@weil.com
2  WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway, 6th Floor
3  Redwood Shores, CA 94065
   Telephone: (650) 802-3000
4  Facsimile: (650) 802-3100

5  Attorneys for Defendants RADIONOMY INC.,
   RADIONOMY S.A., and RADIONOMY GROUP, B.V.
6

7  [Additional Counsel Listed on Signature Pages]

8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN FRANCISCO DIVISION
11

12 | ARISTA MUSIC, ARISTA RECORDS, LLC, | Case No. 16-cv-00951-RS
   | LAFACE RECORDS LLC, SONY MUSIC     |
13 | ENTERTAINMENT, SONY MUSIC          | **JOINT STIPULATION AND
   | ENTERTAINMENT US LATIN LLC, and    | [~~PROPOSED~~] ORDER FOR
14 | ZOMBA RECORDING LLC,               | EXTENSION OF TIME FOR
   |                                    | DEFENDANTS RADIONOMY INC.,
15 |         Plaintiffs,                | RADIONOMY S.A., AND
   |                                    | RADIONOMY GROUP B.V. TO
16 |     v.                             | RESPOND TO THE COMPLAINT**
17 | RADIONOMY, INC., RADIONOMY S.A.,   | Dept.:   Courtroom 3, 17th Floor
   | RADIONOMY GROUP, B.V., and         | Judge:   Honorable Richard Seeborg
18 | ALEXANDRE SABOUNDJIAN, an individual, |
19 |         Defendants.                |

JOINT STIPULATION FOR EXTENSION OF TIME TO
RESPOND TO COMPLAINT                                    CASE NO. 16-CV-00951-RS

1    The undersigned counsel for Arista Music, Arista Records, LLC, Laface Records LLC, Sony Music Entertainment, Sony Music Entertainment US Latin LLC, and Zomba Recording LLC (collectively, "Plaintiffs") and Defendants Radionomy Inc., Radionomy S.A., and Radionomy Group B.V. (collectively, the "Radionomy Defendants") in the above-captioned action hereby stipulate and agree, pursuant to Civil Local rules 6-1(a), as follows:

WHEREAS, on February 26, 2016, Plaintiffs filed their Complaint for Copyright Infringement and Unfair Competition (the "Complaint") [Dkt. #1];

WHEREAS, Plaintiffs and the Radionomy Defendants intend to engage in comprehensive settlement negotiations following the execution of this stipulation;

WHEREAS, in order to allow these settlement negotiations to proceed without the parties incurring substantial and potentially unnecessary litigations costs, Plaintiffs and the Radionomy Defendants have agreed to extend the Radionomy Defendants' time to move to dismiss or otherwise respond to the Complaint to May 9, 2016;

NOW, THEREFORE, IT IS HERBY STIPULATED by and between Plaintiffs and the Radionomy Defendants, through their respective counsel that:

1.    The Radionomy Defendants' time to move to dismiss or otherwise respond to the Complaint is extended to and including May 9, 2016.

**IT IS SO STIPULATED.**

Dated:  April 4, 2016                              Respectfully submitted,

                                                   COBLENTZ, PATCH, DUFFY & BASS LLP


                                                   By:   */s/ Jeffrey G. Knowles*
                                                              Jeffrey G. Knowles

                                                   JULIA D. GREER
                                                   ef-jdg@cpdb.com
                                                   SCOTT C. HALL
                                                   ef-sch@cpdb.com
                                                   COBLENTZ, PATCH, DUFFY & BASS LLP
                                                   One Montgomery Street, Suite 3000
                                                   San Francisco, CA 94104
                                                   Telephone:  415-391-4800
                                                   Facsimile:  415-989-1663

| | |
|---|---|
| | *Attorneys for Plaintiffs ARISTA MUSIC, ARISTA RECORDS, LLC, LAFACE RECORDS LLC, SONY MUSIC ENTERTAINMENT, SONY MUSIC ENTERTAINMENT US LATIN LLC, AND ZOMBA RECORDING LLC,* |
| Dated:  April 4, 2016 | Respectfully submitted, |
| | WEIL, GOTSHAL & MANGES LLP |
| | By:   */s/ David R. Singh*<br>          David R. Singh |
| | WEIL, GOTSHAL & MANGES LLP<br>Silicon Valley Office<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065<br>Telephone: 650-802-3000<br>Facsimile: 650-802-3100 |
| | BENJAMIN E. MARKS (pro hac vice to be filed)<br>benjamin.marks@weil.com<br>GREGORY SILBERT (application for admission to be filed)<br>gregory.silbert@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York 10153-0119<br>Telephone:  212-310-8000<br>Facsimile:  212-310-8007 |
| | *Attorneys for Defendants RADIONOMY, INC., RADIONOMY SA, and RADIONOMY GROUP, B.V.* |

## **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, David R. Singh, am the ECF user whose identification and password are being used to file this Joint Stipulation for Extension of Time for Defendants To Respond to Complaint. In compliance with Civil Local Rules 5-1(c)(4) and 5-1(i)(3), I hereby attest that Jeffrey G. Knowles concurred in this filing.

Dated:  April 4, 2016            */s/ David R. Singh*
                                              David R. Singh

**[PROPOSED] ORDER**

Based on the joint stipulation of the Parties, and good cause appearing, IT IS ORDERED that an extension for The Radionomy Defendants' time to move to dismiss or otherwise respond to the Complaint is extended to and including May 9, 2016.

**IT IS SO ORDERED.**

Dated: 4/5/16

_____
Honorable Richard Seeborg
United States District Court Judge

.