JEFFREY G. KNOWLES (State Bar No. 129754)
JULIA D. GREER (State Bar No. 200479)
SCOTT C. HALL (State Bar No. 232492)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:  ef-jgk@cpdb.com,
        ef-jdg@cpdb.com,
        ef-sch@cpdb.com

Attorneys for Plaintiffs
ARISTA MUSIC, ARISTA RECORDS, LLC,
LAFACE RECORDS LLC, SONY MUSIC
ENTERTAINMENT, SONY MUSIC
ENTERTAINMENT US LATIN LLC, AND
ZOMBA RECORDING, LLC

[Additional Counsel Listed On Signature Pages]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ARISTA MUSIC, ARISTA RECORDS, LLC, LAFACE RECORDS LLC, SONY MUSIC ENTERTAINMENT, SONY MUSIC ENTERTAINMENT US LATIN LLC, AND ZOMBA RECORDING LLC,<br><br>  Plaintiffs,<br><br>  v.<br><br>RADIONOMY, INC., RADIONOMY SA, RADIONOMY GROUP, B.V., and ALEXANDRE SABOUNDJIAN, an individual,<br><br>  Defendants. | Case No. 3:16-cv-00951 RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CONSOLIDATED OPPOSITION BRIEF OF PLAINTIFFS ARISTA MUSIC, ARISTA RECORDS, LLC, LAFACE RECORDS LLC, SONY MUSIC ENTERTAINMENT, SONY MUSIC ENTERTAINMENT US LATIN LLC, AND ZOMBA RECORDING LLC IN RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS**<br><br>Judge:  Hon. Honorable Richard Seeborg<br>Dept.:  Courtroom 3, 17th Floor<br><br>Trial Date:   None Set |

The undersigned counsel for Arista Music, Arista Records, LLC, Laface Records LLC, Sony Music Entertainment, Sony Music Entertainment US Latin LLC, and Zomba Recording LLC (collectively, "Plaintiffs") and Defendants Radionomy Inc., Radionomy S.A., specially appearing Defendant Radionomy Group B.V., and specially appearing Defendant Alexandre Saboundjian (collectively, "Defendants") in the above-captioned action hereby stipulate and agree, pursuant to Civil Local Rule 7-12, as follows:

WHEREAS, on May 9, 2016, Defendants Radionomy Inc., Radionomy S.A. and Radionomy Group B.V. filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(2) and/or 12(b)(6);

WHEREAS, on May 9, 2016, Defendant Alexandre Saboundjian filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6);

WHEREAS, Plaintiffs' responses to Defendants' motions are currently due on May 23, 2016;

WHEREAS, pursuant to Civil Local Rule 7-3, Plaintiffs may file an opposition of up to twenty-five (25) pages in length of text in response to each of Defendants' motions to dismiss;

WHEREAS, Plaintiffs believe that, because of the overlapping facts and arguments raised in Defendants' motions, efficiency will be served by a single, consolidated opposition brief of up to thirty-five (35) pages in length;

NOW, THEREFORE, IT IS HERBY STIPULATED by and between Plaintiffs and Defendants, through their respective counsel that:

1. Plaintiffs may file a single, consolidated opposition brief in response to Defendants' motions to dismiss of up to thirty-five (35) pages in length of text.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | DATED: May 19, 2016 | COBLENTZ PATCH DUFFY & BASS LLP |
| 2 | | |
| 3 | | By:      */s/ Jeffrey G. Knowles* |
| 4 | | Jeffrey G. Knowles |
| | | Attorneys for Plaintiffs |
| 5 | | ARISTA MUSIC, ARISTA RECORDS, LLC, |
| | | LAFACE RECORDS LLC, SONY MUSIC |
| 6 | | ENTERTAINMENT, SONY MUSIC |
| | | ENTERTAINMENT US LATIN LLC, ADN |
| 7 | | ZOMBA RECORDING, LLC |
| 8 | | |
| 9 | Dated: May 19, 2016 | WEIL, GOTSHAL & MANGES LLP |
| 10 | | |
| 11 | | |
| | | By:      */s/ David R. Singh* |
| 12 | | David R. Singh |
| 13 | | WEIL, GOTSHAL & MANGES LLP |
| | | Silicon Valley Office |
| 14 | | 201 Redwood Shores Parkway |
| | | Redwood Shores, CA  94065 |
| 15 | | Telephone: 650-802-3000 |
| 16 | | Facsimile: 650-802-3100 |
| 17 | | BENJAMIN E. MARKS (pro hac vice to be filed) |
| | | benjamin.marks@weil.com |
| 18 | | GREGORY SILBERT (application for admission |
| | | to be filed) |
| 19 | | gregory.silbert@weil.com |
| 20 | | WEIL, GOTSHAL & MANGES LLP |
| | | 767 Fifth Avenue |
| 21 | | New York, New York 10153-0119 |
| | | Telephone:  212-310-8000 |
| 22 | | Facsimile:  212-310-8007 |
| 23 | | Attorneys for Defendants RADIONOMY, INC., |
| | | RADIONOMY SA, and RADIONOMY GROUP, |
| 24 | | B.V. |

Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

| | |
|---|---|
| 1  Dated:  May 19, 2016 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 3 | By:   */s/ Todd A. Roberts* |
|   |        Todd A. Roberts |

ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone: 650-364-8200
Facsimile: 650-780-1701

Attorneys for Defendant Alexandre Saboundjian

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Jeffrey Knowles, am the ECF user whose identification and password are being used to file this Joint Stipulation for Extension of Time for Defendants To Respond to Complaint. In compliance with Civil Local Rules 5-1(c)(4) and 5-1(i)(3), I hereby attest that David R. Singh and Todd A. Roberts concurred in this filing.

Dated:  May 19, 2016                    */s/ Jeffrey G. Knowles*
                                         Jeffrey G. Knowles

[PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 5/20/16

_____
Honorable Richard Seeborg
United States District Judge