JEFFREY G. KNOWLES (State Bar No. 129754)
JULIA D. GREER (State Bar No. 200479)
SCOTT C. HALL (State Bar No. 232492)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile:  415.989.1663
Email:    ef-jgk@cpdb.com,
          ef-jdg@cpdb.com,
          ef-sch@cpdb.com

Attorneys for Plaintiffs
ARISTA MUSIC, ARISTA RECORDS, LLC,
LAFACE RECORDS LLC, SONY MUSIC
ENTERTAINMENT, SONY MUSIC
ENTERTAINMENT US LATIN LLC, AND
ZOMBA RECORDING, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ARISTA MUSIC, ARISTA RECORDS, LLC, LAFACE RECORDS LLC, SONY MUSIC ENTERTAINMENT, SONY MUSIC ENTERTAINMENT US LATIN LLC, AND ZOMBA RECORDING LLC,<br><br>Plaintiffs,<br><br>v.<br><br>RADIONOMY, INC., RADIONOMY SA, RADIONOMY GROUP, B.V., and ALEXANDRE SABOUNDJIAN, an individual,<br><br>Defendants. | Case No. 3:16-cv-00951 RS<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTIONS TO DISMISS**<br><br>Judge:   Hon. Honorable Richard Seeborg<br>Dept.:   Courtroom 3, 17th Floor<br><br>Trial Date:     None Set |

**1**   The motions to dismiss of Defendant Alexandre Saboundjian ("Saboundjian") and
**2** Radionomy B.V., Radionomy S.A., and Radionomy Inc. (collectively, the "Radionomy
**3** Defendants" and, with Saboundjian, "Defendants") came on for hearing before this Court on June
**4** 16, 2016. Having considered the motions, the papers filed in support of and in opposition thereto,
**5** and oral argument made by the parties' respective counsel, and good cause appearing, the motions
**6** are hereby DENIED.

**7**   The Court finds that sufficient minimum contacts exist to establish personal jurisdiction
**8** over Saboundjian. The Court also finds that personal jurisdiction over Saboundjian is, in the
**9** alternative, proper under Fed. R. Civ. P. 4(k)(2) based on Saboundjian's nationwide contacts,
**10** regardless of his California contacts. Saboundjian's motion to dismiss under Fed. R. Civ. P.
**11** 12(b)(2) is therefore denied.

**12**   The Court also finds that the Complaint sufficiently states a claim against Saboundjian
**13** based on its allegations that Saboundjian exercised control over, and actively and directly
**14** participated in, the alleged infringing conduct at issue. Saboundjian's motion to dismiss under
**15** Fed. R. Civ. P. 12(b)(6) is accordingly denied.

**16**   The Court further finds that sufficient minimum contacts exist to establish personal
**17** jurisdiction over Radionomy Group B.V. given Radionomy Group B.V.'s management and
**18** control, through Saboundjian, of Radionomy S.A. and Radionomy Inc. The Court also finds that
**19** personal jurisdiction over Radionomy Group B.V. is, in the alternative, proper under Fed. R. Civ.
**20** P. 4(k)(2) based on Radionomy Group B.V.'s nationwide contacts, through Radionomy S.A. and
**21** Radionomy Inc., regardless of its California contacts. Radionomy Group B.V.'s motion to dismiss
**22** under Fed. R. Civ. P. 12(b)(2) is therefore denied.

**23**   The Court finds that the Complaint sufficiently gives fair notice to all Defendants about the
**24** claims brought against them, such that the Radionomy Defendants' motion to dismiss pursuant to
**25** Fed. R. Civ. P. 12(b)(6) is denied.

**26**   [Alternatively:

**27**   The Court determines that a ruling on Defendants' motions to dismiss pursuant to Fed. R.
**28** Civ. P. 12(b)(2) should be deferred pending expedited jurisdictional discovery requested by

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

Plaintiffs. Plaintiffs have met their burden to come forth with "some evidence" tending to establish personal jurisdiction over Saboundjian and Radionomy Group B.V., and are therefore entitled to jurisdictional discovery prior to a ruling on Defendants' motions.

Accordingly, Plaintiffs shall serve limited, jurisdictional discovery on Saboundjian and Radionomy Group B.V. as soon as practicable, and responses to such discovery will be due within twenty (20) days of service. Plaintiffs are permitted one deposition of Alexandre Saboundjian of not more than seven (7) hours, to be scheduled within twenty (20) days of the service of the notice of such deposition. This expedited discovery is granted without prejudice to Plaintiffs' further discovery requests and depositions taken on a non-expedited timeline.]

**IT IS SO ORDERED.**

Dated:_____

_____
Honorable Richard Seeborg
United States District Judge