DAVID R. SINGH (SBN 300840)
david.singh@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway, 6th Floor
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

GREGORY S. SILBERT (SBN 207971)
gregory.silbert@weil.com
BENJAMIN E. MARKS (admitted *pro hac vice*)
benjamin.marks@weil.com
WEIL, GOTSHAL & MANGES LLP
New York Office
767 Fifth Avenue, 34th Floor
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Defendants RADIONOMY, INC.,
RADIONOMY SA, and RADIONOMY GROUP, B.V.


TODD A. ROBERTS (SBN 129722)
NICOLE S. HEALY (SBN 157417)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701 Email: todd.roberts@rmkb.com
nicole.healy@rmkb.com

Attorneys for Defendant
ALEXANDRE SABOUNDJIAN


JEFFREY G. KNOWLES (State Bar No. 129754)
JULIA D. GREER (State Bar No. 200479)
SCOTT C. HALL (State Bar No. 232492)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California  94104
Telephone:  415.391.4800
Facsimile:  415.989.1663
Email: ef-jgk@cpdb.com
       ef-jdg@cpdb.com,
       ef-sch@cpdb.com

Attorneys for Plaintiffs ARISTA MUSIC,
ARISTA RECORDS, LLC, LAFACE RECORDS LLC,
SONY MUSIC ENTERTAINMENT, SONY MUSIC
ENTERTAINMENT US LATIN LLC, AND
ZOMBA RECORDING LLC

| | |
|---|---|
| STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS | CASE NO. 16-CV-00951-RS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARISTA MUSIC, ARISTA RECORDS, LLC, LAFACE RECORDS LLC, SONY MUSIC ENTERTAINMENT, SONY MUSIC ENTERTAINMENT US LATIN LLC, and ZOMBA RECORDING LLC,<br><br>Plaintiff,<br><br>vs.<br><br>RADIONOMY, INC., RADIONOMY SA, RADIONOMY GROUP, B.V., and ALEXANDRE SABOUNDJIAN, an individual,<br><br>Defendants. | Case No. 16-cv-00951-RS<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**<br><br>Place:   Courtroom 3, 17th floor<br>Judge:   Honorable Richard Seeborg |

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS     2     CASE NO. 16-CV-00951-RS

1  Counsel report that they have met and conferred regarding ADR and have reached the
2  following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

3  The parties agree to participate in Private ADR.  The parties have agreed to private
4  mediation and are in the process of agreeing to a mediator and a schedule.

5  Subject to the availability of any agreed-upon mediator, counsel and the parties, the parties
6  agree to hold the ADR session by the presumptive deadline (90 days from the date of the order
7  referring the case to an ADR process unless otherwise ordered).

Dated:  June 20, 2016                    Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

By:    s/*Gregory S. Silbert*
       GREGORY S. SILBERT
*Attorneys for Defendants RADIONOMY, INC.,
RADIONOMY S.A., and RADIONOMY GROUP, B.V.*


ROPERS, MAJESKI, KOHN & BENTLEY

By:    s/*Todd A. Roberts*
       TODD A. ROBERTS
*Attorneys for Defendant ALEXANDRE SABOUNDJIAN*


COBLENTZ PATCH DUFFY & BASS LLP

By:    s/*Jeffrey G. Knowles*
       JEFFREY G. KNOWLES
*Attorneys for Plaintiffs ARISTA MUSIC, ARISTA RECORDS, LLC, LAFACE RECORDS LLC, SONY MUSIC ENTERTAINMENT, SONY MUSIC ENTERTAINMENT US LATIN LLC, and ZOMBA RECORDING LLC*

**IT IS SO ORDERED.**

Dated:  6/23/16

_____
Honorable Richard Seeborg
United States District Court Judge