1  DAVID R. SINGH (SBN 300840)
   david.singh@weil.com
2  WEIL, GOTSHAL & MANGES LLP
   Silicon Valley Office
3  201 Redwood Shores Parkway, 6th Floor
   Redwood Shores, CA 94065
4  Telephone: (650) 802-3000
   Facsimile: (650) 802-3100
5
   GREGORY S. SILBERT (SBN 207971)
6  gregory.silbert@weil.com
   BENJAMIN E. MARKS (admitted *pro hac vice*)
7  benjamin.marks@weil.com
   WEIL, GOTSHAL & MANGES LLP
8  New York Office
   767 Fifth Avenue, 34th Floor
9  New York, NY 10153
   Telephone: (212) 310-8000
10 Facsimile: (212) 310-8007

11 Attorneys for Defendants RADIONOMY, INC.,
   RADIONOMY SA, and RADIONOMY GROUP, B.V.
12
   TODD A. ROBERTS (SBN 129722)
13 NICOLE S. HEALY (SBN 157417)
   ROPERS, MAJESKI, KOHN & BENTLEY
14 1001 Marshall Street, Suite 500
   Redwood City, CA 94063-2052
15 Telephone: (650) 364-8200
   Facsimile: (650) 780-1701
16 todd.roberts@rmkb.com
   nicole.healy@rmkb.com
17
   Attorneys for Defendant
18 ALEXANDRE SABOUNDJIAN

19 JEFFREY G. KNOWLES (State Bar No. 129754)
   JULIA D. GREER (State Bar No. 200479)
20 SCOTT C. HALL (State Bar No. 232492)
   COBLENTZ PATCH DUFFY & BASS LLP
21 One Montgomery Street, Suite 3000
   San Francisco, California  94104
22 Telephone:  415.391.4800
   Facsimile:  415.989.1663
23 ef-jgk@cpdb.com
   ef-jdg@cpdb.com
24 ef-sch@cpdb.com

25 Attorneys for Plaintiffs ARISTA MUSIC,
   ARISTA RECORDS, LLC, LAFACE RECORDS LLC,
26 SONY MUSIC ENTERTAINMENT, SONY MUSIC
   ENTERTAINMENT US LATIN LLC, AND
27 ZOMBA RECORDING LLC

28

| | |
|---|---|
| STIPULATION AND [PROPOSED] SCHEDULING ORDER REGARDING JURISDICTIONAL DISCOVERY | CASE NO. 16-CV-00951-RS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARISTA MUSIC, ARISTA RECORDS, LLC, LAFACE RECORDS LLC, SONY MUSIC ENTERTAINMENT, SONY MUSIC ENTERTAINMENT US LATIN LLC, and ZOMBA RECORDING LLC,<br><br>Plaintiff,<br><br>vs.<br><br>RADIONOMY, INC., RADIONOMY SA, RADIONOMY GROUP, B.V., and ALEXANDRE SABOUNDJIAN, an individual,<br><br>Defendants. | Case No. 16-cv-00951-RS<br><br>**STIPULATION AND [~~PROPOSED~~] SCHEDULING ORDER REGARDING JURISDICTIONAL DISCOVERY**<br><br>Place:   Courtroom 3, 17th floor<br>Judge:   Honorable Richard Seeborg |

The undersigned counsel for the parties in the above-captioned action hereby stipulate and agree, pursuant to Civil Local Rule 6-2, as follows:

WHEREAS, on February 26, 2016, Plaintiffs filed a Complaint for Copyright Infringement and Unfair Competition (the "Complaint) against Defendants [Dkt. 1];

WHEREAS, on May 9, 2016, Radionomy Group, B.V. filed a motion to dismiss pursuant to Rule 12(b)(2) and Radionomy Group B.V. Radionomy, S.A. and Radionomy, Inc. filed a motion to dismiss pursuant to Rule 12(b)(6) [Dkt. 32], and Alexandre Saboundjian filed a motion to dismiss pursuant to Rule 12(b)(2) and 12(b)(6) [Dkt. 31];

WHEREAS, on May 23, 2016, Plaintiffs filed an opposition to Defendants' motions to dismiss and requested permission to conduct limited discovery to develop further the record establishing personal jurisdiction [Dkt. 41];

STIPULATION AND [PROPOSED] SCHEDULING
ORDER REGARDING JURISDICTIONAL             1                CASE NO. 16-CV-00951-RS
DISCOVERY

1  WHEREAS, on or about June 1, 2016, Plaintiffs served separate sets of document requests, interrogatories, and requests for admission on each of the Defendants (collectively, the "Discovery Requests");

WHEREAS, on June 8, 2016, the Court entered an order, among other things: (i) denying Defendants' motions to dismiss without prejudice; (ii) granting Plaintiffs' request for limited discovery of facts relating to personal jurisdiction and (iii) and requiring such discovery to be completed within the next 45 days; *i.e.*, by July 25, 2016 (the "Order") [Dkt. 46];

WHEREAS, after the Court issued the Order, Plaintiffs advised Defendants of the specific Discovery Requests they contend relate to jurisdiction and, on June 24, 2016, Defendants served initial written responses to those requests;

WHEREAS, Defendants are moving with all due haste to gather and review documents potentially responsive to the jurisdictional Discovery Requests, but anticipate needing additional time to complete their production in light of the need to navigate and comply with various European data privacy laws or blocking statutes and because many of the documents are foreign-language documents that require translation to facilitate review;

WHEREAS, Defendants intend on complying with their discovery obligations in this Action and under U.S. law, including the Federal Rules of Civil Procedure, but require additional time to produce documents to Plaintiffs, and Plaintiffs anticipate requiring additional time to review and, if necessary, translate foreign language documents prior to taking any jurisdiction related depositions of Defendants;

WHEREAS, the parties have scheduled a mediation for July 19, 2016, which could potentially resolve the dispute in this case and eliminate the need for Defendants to complete jurisdictional discovery.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel that:

STIPULATION AND [PROPOSED] SCHEDULING
ORDER REGARDING JURISDICTIONAL                    2                    CASE NO. 16-CV-00951-RS
DISCOVERY

1.      Defendants' deadline for producing documents responsive to Plaintiffs' jurisdictional requests shall be extended from July 25, 2016 to August 25, 2016, but Defendants shall undertake reasonable, good faith efforts to produce documents responsive to such requests on a rolling basis in advance of this deadline;

2.      After Defendants complete the production of documents responsive to Plaintiffs' jurisdictional discovery requests, the parties shall meet and confer regarding the schedule of any jurisdiction related depositions, taking into account the witnesses' schedules and the time needed for Plaintiffs to translate and review foreign language documents prior to such jurisdiction related depositions.  The deadline for the completion of such jurisdictional depositions shall be October 14, 2016.

Dated: July 7, 2016                     Respectfully Submitted,

WEIL, GOTSHAL & MANGES LLP

By: /s/ *Gregory S. Silbert*

GREGORY S. SILBERT

*Attorneys for Defendants RADIONOMY, INC., RADIONOMY S.A., and RADIONOMY GROUP, B.V.*

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ *Todd A. Roberts*

TODD A. ROBERTS

*Attorneys for Defendant ALEXANDRE SABOUNDJIAN*

COBLENTZ PATCH DUFFY & BASS LLP

By: /s/ *Jeffrey G. Knowles*

JEFFREY G. KNOWLES

*Attorneys for Plaintiffs ARISTA MUSIC, ARISTA RECORDS, LLC, LAFACE RECORDS LLC, SONY MUSIC ENTERTAINMENT, SONY MUSIC ENTERTAINMENT US LATIN LLC, and ZOMBA RECORDING LLC*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Gregory S. Silbert, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Scheduling Order Regarding Jurisdictional Discovery. In compliance with Civil Local Rules 5-1(c)(4) and 5-1(i)(3), I hereby attest that Todd A. Roberts and Jeffrey G. Knowles concurred in this filing.

Dated: July 7, 2016            /s/ *Gregory S. Silbert*
                               GREGORY S. SILBERT

**IT IS SO ORDERED.**

Dated: 7/8/16

_____
Honorable Richard Seeborg
United States District Court Judge